**WARREN TERZIAN LLP**
Dan Terzian (SBN 283835)
*dan.terzian@warrenterzian.com*
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
T: (213) 410-2620

*Counsel for Defendant*
*Global Excel Management, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Doctors Medical Center of Modesto, Inc.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**Global Excel Management, Inc.**, a Canadian corporation; **Mutuelle Assurance Des Commercants Et Industriels De France Et Des Cadres Et Des Salariê De L'industrie Et Du Commerce doing business as MACIF**, a French corporation; **BNP Paribas S.A.**, a French corporation, and **Does 1 through 25**, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01425-AWI-BAM<br><br>**Stipulation and Order Extending the Response Deadline to the Complaint** |

Plaintiff Doctors Medical Center of Modesto, Inc. and Defendant Global Excel Management, Inc. stipulate to extend Global Excel's response to the complaint to November 23, 2020. The Parties request a court order granting this Stipulation.

The reasons for this Stipulation are as follows:

1.     Doctors Medical and Global Excel are currently engaging in settlement discussions that would resolve this entire case. These settlement discussions require obtaining records from various foreign companies.

2.     The parties are more likely to reach a negotiated resolution with an extension to Global Excel's response deadline. Global Excel intends to file a motion to quash service of the summons for lack of personal jurisdiction. Without an extension, Global Excel would soon be forced to incur fees to file that motion. Incurring those fees would hurt the likelihood of reaching an early negotiated resolution.

3.     Global Excel was served on September 23, 2020. Its current response deadline to the complaint is October 23, 2020.

Dated: October 7, 2020                    **WARREN TERZIAN LLP**

                                          _____*s/ Dan Terzian*_____
                                          Dan Terzian

                                          *Counsel for Defendant*
                                          *Global Excel Management, Inc.*

Dated: October 7, 2020                    **HELTON LAW GROUP**

                                          *s/ Kim Worobec (as authorized on October 6)*
                                          Kim Worobec

                                          *Counsel for Plaintiff*
                                          *Doctors Medical Center of Modesto, Inc.*

**Stipulation and Order Extending Response Deadline to Complaint**

WARREN
TERZIAN LLP

1

## <u>ORDER</u>

2        Pursuant to the parties' stipulation, the deadline for Defendant Global Excel Management,

3 Inc. to file and serve an answer or other responsive pleading to the complaint is HEREBY

4 EXTENDED to November 23, 2020.

5        The parties are advised that further extensions will require a showing of good cause.  Good

6 cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic.

7 Any such future difficulties should be explained.

8 IT IS SO ORDERED.

9    Dated:    **October 13, 2020**         /s/ *Barbara A. McAuliffe*

10                                UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and Order Extending Response Deadline to Complaint**

WARREN
TERZIAN LLP