**WARREN TERZIAN LLP**
Dan Terzian (SBN 283835)
*dan.terzian@warrenterzian.com*
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
T: (213) 410-2620

*Counsel for Defendants*
*Global Excel, Royal & Sun Alliance, and Johnson, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Doctors Medical Center of Modesto, Inc.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**Global Excel Management, Inc.**, a Canadian corporation; **Mutuelle Assurance Des Commercants Et Industriels De France Et Des Cadres Et Des Salariê De L'industrie Et Du Commerce doing business as MACIF**, a French corporation; **BNP Paribas S.A.**, a French corporation, and **Does 1 through 25**, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01425-AWI-BAM<br><br>*Hon. Barbara A. McAuliffe*<br><br>**Stipulation and Order Extending the Response Deadline to the Complaint**<br><br>(Doc. No. 7) |

Plaintiff Doctors Medical Center of Modesto, Inc. and Defendant Global Excel Management, Inc. stipulate to extend Global Excel's response to the complaint from November 23, 2020, to December 17, 2020. The Parties request a court order granting this Stipulation.

The reasons for this Stipulation are as follows:

1. This is the parties' second stipulation to extend the initial response deadline to the complaint. The first stipulation extended the response deadline from October 23 to November 23 to conduct settlement discussions. ECF Nos. 5–6.

2. Those discussions were successful. On November 12, Doctors Medical Center accepted Global Excel's settlement offer. This offer, when finalized, will result in a complete dismissal of this case as to all defendants.

3. On November 19, Doctors Medical Center's counsel provided Global Excel with a draft settlement agreement, with the caveat that Doctors Medical Center has not signed off on that agreement yet. Global Excel's counsel has now reviewed and revised that agreement and is awaiting Global Excel's signoff.

4. While the parties have settled in principle, they are not ready to file a Local Rule 160 notice of settlement until after the parties have mutually agreed on the written settlement agreement's terms.

5. The parties will not seek a further extension. Come December 17, this case will either be dismissed or have a filed notice of settlement (or in an extremely unlikely scenario, a filed response to the complaint).

6. This stipulation will not affect the progress of the case, as the scheduling conference is set for January 6, 2021.

| | | |
|---|---|---|
| 1 | Dated: November 20, 2020 | **WARREN TERZIAN LLP** |
| 2 | | |
| 3 | | _____s/ Dan Terzian_____<br>Dan Terzian |
| 4 | | *Counsel for Defendant* |
| 5 | | *Global Excel Management, Inc.* |
| 6 | | |
| 7 | Dated: November 20, 2020 | **HELTON LAW GROUP** |
| 8 | | *s/ Kim Worobec (as authorized on November 20)*<br>Kim Worobec |
| 9 | | |
| 10 | | *Counsel for Plaintiff*<br>*Doctors Medical Center of Modesto, Inc.* |

# ORDER

Pursuant to the parties' stipulation, Defendant Global Excel Management, Inc.'s response deadline is continued to December 17, 2020.

IT IS SO ORDERED.

Dated:  **November 20, 2020**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE